# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

THIS DOCUMENT APPLIES TO:

JOSHUA MCDONALD, on behalf of himself
and all others similarly situated,

      Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　Case No. 2:25-cv-12
　　　　　　　　　　　　　　　　　　　　　　　Judge Thomas Kleeh

ARCH RESOURCES, INC.
D/B/A Leer South Mine

      Defendant.

_____

JASON LOUGHRIE; CALEB
MALCOMB, *individually and on behalf
of those similarly situated*,

      Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　Case No. 2:25-cv-4
　　　　　　　　　　　　　　　　　　　　　　　Judge Thomas Kleeh

CORE NATURAL RESOURCES, INC.

      Defendant.

## PLAINTIFF'S MOTION TO CONSOLIDATE

Pursuant to Fed. R. Civ. P. 42(a), Plaintiff respectfully requests this Court consolidate this case, with the earlier filed case, *Loughrie v. Core Natural Resources, Inc.*, Case No. 2:25-cv-4. The *Loughrie* case is also pending before this Court.

"If actions before the court involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or

delay." Fed. R. Civ. P. 42(a).  Both here and in *Loughrie*, the complaints assert a single WARN Act claim, each related to the same mine closing, and each seeking to certify substantially similar classes.  Thus, consolidation is appropriate.

In the interest of avoiding duplicative litigation, Mr. McDonald requests this Court consolidate his case with the earlier filed *Loughrie* case.

**JOSHUA MCDONALD, on behalf of himself and all others similarly situated,**
**PLAINTIFF**
*By Counsel*

/s/ *Anthony J. Majestro*
Anthony J. Majestro (WVSB 5165)
Graham B. Platz (WVSB 14093)
POWELL & MAJESTRO, PLLC
405 Capitol Street, Suite 1200
Charleston, WV 25301
Phone: 304-346-2889
Fax: 304-346-2895
amajestro@powellmajestro.com
gplatz@powellmajestro.com

and

Greg A. Hewitt (WVSB 7457)
HEWITT & SALVATORE, PLLC
109 E. Main Street, Suite 200
Beckley, WV 25801
Phone: 304-574-0272
Fax: 304-578-5345
ghewitt@hewittsalvatore.com

**CERTIFICATE OF SERVICE**

I certify that I served a true copy of **PLAINTIFF'S MOTION TO CONSOLIDATE** upon all counsel of record using the Court's electronic filing system.

/s/ *Anthony J. Majestro*
Anthony J. Majestro (WVSB 5165)
